# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO.  02-80118-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
  Plaintiff,

v.

CLARENCE LEE MOREE,
  Defendant.

----------------------------------------/

## ORDER ADOPTING REPORT AND
## RECOMMENDATIONS AND SETTING HEARING

**THIS CAUSE** come before the court upon written report from the United States Probation

Office that the above named defendant violated the conditions of supervision and upon the report

and recommendations of a United States Magistrate Judge.  Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1.  The Magistrate Judge's report and recommendations are **adopted**.

2.  A sentencing hearing will be conducted on **Friday, May 1, 2009,** at **2:00 p.m.** in

Courtroom 5, at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 22nd day of

April, 2009.

**copy furnished:**
AUSA A. Lothrop Morris
AFPD Samuel J. Smargon
United States Marshal's Service
United States Probation Office

_____
Daniel T. K. Hurley
United States District Judge